■ ALFRED STURMTHAL, Respondent, v. ALL TRANSPORT, INC., Appellant.— Order, entered on July 10, 1964, granting motion to open default unanimously reversed on the facts and the law and in the exercise of discretion, with $30 costs and disbursements to appellant, and motion denied. Plaintiff defaulted on a motion to dismiss for lack of prosecution and a judgment of dismissal resulted. It is elementary that a proper affidavit of merits is an essential to open such a default. The affidavit submitted completely lacked evidentiary matter. In view of the difficulty plaintiff has had in supplying particulars of his claim, we cannot deem the failure to supply a proper affidavit of merits inadvertent. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ APEX RIBBON CO., INC. v. KNITWEAR SUPPLIES, INC., et al.— Motion for reargument denied but motion for resettlement granted to the extent of modifying our order of November 5, 1964 so as to provide that our disposition is without prejudice to a renewal of respondent's motion for partial summary judgment based on the addition of the letters herein. Settle order on notice. Concur — Breitel, J. P., Rabin, McNally, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEONARD ANTHONY PORTER, JR.— Motion to dismiss appeal granted. No appeal lies from an order denying defendant's motion for a free copy of the minutes (Code Crim. Pro., § 517). Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DANIEL MATISHEK.— Motion for leave to appeal as a poor person denied. Under section 517 of the Code of Criminal Procedure no appeal to this court lies from an order denying defendant's motion for resentence. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.